B6J (Official Form 6J) (12/07)

In re **Tanya Lee Rieland**
     **James Allen Rieland**                                       Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,806.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ **226.00** | ~~200.00~~ |
| b. Water and sewer | $ | 45.00 |
| c. Telephone | $ | 90.00 |
| d. Other **Garbage** | $ | 12.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 40.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ **465.00** | ~~645.00~~ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 150.00 |
| d. Auto | $ | 130.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Vehicle Registration** | $ | 18.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ **0.00** | ~~489.00~~ |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Personal Expenses, School Expenses** | $ | 230.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **4,332.00** | ~~4,645.00~~ |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,869.00 |
| b. Average monthly expenses from Line 18 above | $ **4,332.00** | ~~4,645.00~~ |
| c. Monthly net income (a. minus b.) | $ **537.00** | ~~224.00~~ |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Tanya Lee Rieland
James Allen Rieland
    Debtor(s).

**SIGNATURE DECLARATION**

Case No. 09-60628

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

    I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: 9-25-09

X _Tanya Lee Rieland_
Signature of Debtor or Authorized Representative

X _James Allen Rieland_
Signature of Joint Debtor

**Tanya Lee Rieland**
Printed Name of Debtor or Authorized Representative

**James Allen Rieland**
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

Case No: 09-60628

In re:  Tanya Lee Rieland
James Allen Rieland

Debtor(s)

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a true copy of the Modified Chapter 13 Plan, Notice of Confirmation Hearing and Amended Schedule J were mailed to all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail on .

Date:   September 25, 2009

/e/ WILLIAM P. KAIN- #143005

**EXHIBIT**

AM-EAGLE/MCCBG/GEMB
ATTENTION BANKRUPTCY
PO BOX 103106
ROSWELL GA 30076


AMERICAN EAGE OUTFITTERS
PO BOX 981064
EL PASO TX 79998-1064


ARROWHEAD INVESTMENTS
32 WEST 200 SOUTH SUITE 350
SALT LAKE CITY UT 84101


ASCENSION CAPITAL GROUP INC
HSBC AUTO FINANCE
PO BOX 201347
ARLINGTON TX 76006


BARCLAYS BANK DELAWARE
CUSTOMER SUPPORT DEPARTMENT
PO BOX 8833
WILMINGTON DE 19899


BENBOOM FENCE
907 15TH AVE SE
SAINT CLOUD MN 56304

```
BILL ME LATER
PO BOX 2394
OMAHA NE 68103-2394
```

```
CAPITAL ONE BANK
C/O TSYS DEBT MANAGEMENT
PO BOX 5155
NORCROSS GA 30091



CITIBANK USA
CENTRALIZED  BANKRUPTCY
PO BOX 20507
KANSAS CITY MO 64195



CITIFINANCIAL
PO BOX 499
HANOVER MD 21076



EASTSIDE LENDERS
2711 CENTERVILLE RD
STE 120-5900
WILMINGTON DE 19808



ENCORE RECEIVABLES
PO BOX 47248
OAK PARK MI 48237



FIA CSNA
PO BOX 26012
NC4-105-02-77
GREENSBORO NC 27410
```

```
GEMB/JC PENNEY
BANKRUPTCY
PO BOX 103106
ROSWELL GA 30076
```

```
GEMB/WALMART
BANKRUPTCY
PO BOX 103106
ROSWELL GA 30076




GEMB/WALMART
PO BOX 981400
EL PASO TX 79998




GREAT LAKES
PO BOX 3059
MILWAUKEE WI 53201-3059




HOME DEPOT
PO BOX 6028
THE LAKES NV 88901-6028




HSBC
BANKRUPTCY
PO BOX 5253
CAROL STREAM IL 60197




HSBC AUTO FINANCE
BANKRUPTCY NOTICES
PO BOX 17909
SAN DIEGO CA 92177
```

```
JC PENNEY
PO BOX 981131
EL PASO TX 79998
```

JUNIPER
PO BOX 13337
PHILADELPHIA PA 19101-3337


ORCHARD BANK
PO BOX 80084
SALINAS CA 93912-0084


PLAZA PARK STATE BANK
131 6TH AVE S
WAITE PARK MN 56387


RBT LOAN CENTER


RMS
4836 BRECKSVILLE RD
RICHFIELD OH 44286


SLM ENTITIES/GLELSI
2401 INTERNATIONAL LANE
MADISON WI 53704-3192


UPFRONT PAYDAY

```
US BANK
4325 17TH AVE S
FARGO ND 58125
```

US BANK ELAN FINANCIAL
PO BOX 108
SAINT LOUIS MO 63166-9801


WAL-MART
PO BOX 530927
ATLANTA GA 30353-0927


WELLS FARGO BANK
C/O REITER & SCHILLER
25 DALE ST N
SAINT PAUL MN 55102


WELLS FARGO HOME MORTGAGE
PO BOX 6417
CAROL STREAM IL 60197-6417